

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRUCE EZELL, | § | No. 08-20-00238-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| SCOTT R. CRAWLEY, | § | of Travis County, Texas[1] |
| Appellee. | § | (TC# C-1-CV-20-003262) |

## <u>MEMORANDUM OPINION</u>

Appellant Bruce Ezell has filed an agreed motion for voluntary dismissal of this appeal because the parties have settled. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Pursuant to their agreement, each party will bear their own costs. *See* TEX.R.APP.P. 42.1(d).


JEFF ALLEY, Justice

March 31, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.